

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,687-01

**IN RE JEVON HARRIS, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. W10-56373-Y(A); W17-17069-Y(A)
### IN THE CRIMINAL DISTRICT COURT NO. 7 FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed two applications for writs of habeas corpus in Dallas County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Dallas County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed the habeas application(s) in Dallas County, forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application, or forward a copy of an order establishing new deadlines in accordance with this Court's emergency orders regarding the COVID-19 State of Disaster. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5); First Emergency Order

Regarding the Covid-19 State of Disaster, No. 20-9042 (Tex. Mar. 13, 2020); No. 20-007 (Tex. Crim. App. Mar. 13, 2020); Third Emergency Order Regarding the Covid-19 Disaster, No. 20-9044 (Tex. Mar. 19, 2020); No. 20-008 (Tex. Crim. App. Mar. 19, 2020); Eighteenth Emergency Order Relating to the Covid-19 Disaster, No. 20-9080 (Tex. Jun. 29, 2020). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: October 7, 2020

Do not publish